# EXHIBIT D

Judiciary eCourts System - Civil Part

Home Help Logout

CASE JACKET

User:Taylor Giannasi

## Docket Number: MID L 003011 - 22

Back

Create Summary Report

**Case Caption:** Westover Barbara Vs American Internation Al

**Court:** Civil Part
**Venue:** Middlesex
**Case Initiation Date:** 06/21/2022
**Case Type:** Asbestos
**Case Status:** Active
**Jury Demand:** 6 Jurors
**Case Track:** 4
**Judge:** Ana C Viscomi
**Team:** 5
**# of Discovery Days:** 450
**Age of Case:** 4 YR 02 MO 12 DY
**Consolidated Case:** N
**Original Discovery End Date:** 10/01/2023
**Current Discovery End Date:** 10/01/2023
**# of DED Extensions:** 0
**Original Arbitration Date:**
**Current Arbitration Date:**
**# of Arb Adjournments:** 0
**Original Trial Date:**
**Current Trial Date:**
**# of Trial Date Adjournments:** 0
**Disposition Date:**
**Case Disposition:** Open
**Statewide Lien:**

**Plaintiffs (2)** | Defendants (24) | Case Proceedings (11) | ACMS Documents (63) | Fees (62)

Barbara Westover (Party No. 1)

Darl Westover, Jr. (Party No. 2)

Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 06/21/2022 | | Complaint with Jury Demand for MID-L-003011-22 submitted by WEINSTEIN, MARK S, WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against AMERICAN INTERNATIONAL, BARRETTS MINERALS, INC., BRENNTAG NORTH AMERICA,, BRENNTAG SPECIALTIES, INC., MINERALS TECHNOLOGIES, INC. ET AL. | LCV20222314115 | 06/21/2022 |
| 06/22/2022 | | AFFIDAVIT OF SERVICE submitted by WEINSTEIN, MARK, S of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against BRENNTAG SPECIALTIES, INC. | LCV20222330322 | 06/22/2022 |
| 06/23/2022 | | AFFIDAVIT OF SERVICE submitted by WEINSTEIN, MARK, S of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against WHITTAKER, CLARK &DANIELS,INC. | LCV20222347710 | 06/23/2022 |
| 07/08/2022 | | Answer W/CrossClaim W/Jury Demand submitted by PERCHIACCA, ANTHONY, I of MCGIVNEY, KLUGER, CLARK & INTOCCIA, P.C. on behalf of WHITTAKER, CLARK &DANIELS,INC. against BARBARA WESTOVER, DARL WESTOVER, JR., BRISTOL MYERS SQUIB,, BLOCK DRUG COMPANY, INC., BLOCK DRUG CORPORATION ET AL. | LCV20222509783 | 07/08/2022 |
| 07/11/2022 | | Answer W/Jury Demand submitted by LA SALA, JOSEPH, P of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20222533062 | 07/11/2022 |
| 07/11/2022 | | Answer W/Jury Demand submitted by LA SALA, JOSEPH, P of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20222533074 | 07/11/2022 |
| 07/20/2022 | | Answer W/CrossClaim W/Jury Demand submitted by BROWN, ROBERT, D of GIBBONS PC on behalf of CHATTEM,INC.,SUED INDIVIDUALLY against BARBARA WESTOVER, DARL WESTOVER, JR., HIMMEL MANAGEMENT CO. LLC | LCV20222666432 | 07/20/2022 |
| 07/25/2022 | | Answer W/Jury Demand submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against BARBARA WESTOVER, DARL WESTOVER, JR., BRISTOL MYERS SQUIB,, BLOCK DRUG COMPANY, INC., BLOCK DRUG CORPORATION ET AL. | LCV20222733161 | 07/25/2022 |
| 07/27/2022 | | Answer W/Jury Demand submitted by RIZVI, SYED, KAZIM of HARRIS BEACH PLLC on behalf of GLAXOSMITHKLINE, LLC, against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20222750331 | 07/27/2022 |
| 07/27/2022 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by RIZVI, SYED, KAZIM of HARRIS BEACH PLLC on behalf of GLAXOSMITHKLINE, LLC, against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20222750450 | 07/27/2022 |
| 07/27/2022 | | Answer W/Jury Demand submitted by RIZVI, SYED, KAZIM of HARRIS BEACH PLLC on behalf of BLOCK DRUG COMPANY, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20222750715 | 07/27/2022 |
| 07/27/2022 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by RIZVI, SYED, KAZIM of HARRIS BEACH PLLC on behalf of BLOCK DRUG COMPANY, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20222750893 | 07/27/2022 |
| 07/27/2022 | | Answer W/Jury Demand submitted by RIZVI, SYED, KAZIM of HARRIS BEACH PLLC on behalf of BLOCK DRUG CORPORATION against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20222751063 | 07/27/2022 |
| 07/27/2022 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by RIZVI, SYED, KAZIM of HARRIS BEACH PLLC on behalf of BLOCK DRUG CORPORATION against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20222751161 | 07/27/2022 |
| 07/28/2022 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by VIOLA, ROY, F of GORDON REES SCULLY MANSUKHANI LLP on behalf of AMERICAN INTERNATIONAL against BARBARA WESTOVER, DARL WESTOVER, JR., BRISTOL MYERS SQUIB,, BLOCK DRUG COMPANY, INC., BLOCK DRUG CORPORATION ET AL. | LCV20222761304 | 07/28/2022 |
| 08/01/2022 | | Answer W/Jury Demand submitted by LA SALA, JOSEPH, P of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of PFIZER, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20222796101 | 08/01/2022 |
| 08/10/2022 | | MOTION FOR DISMISSAL submitted by HANLON, JOSEPH, TIMOTHY of WILSON ELSER MOSKOWITZ ET AL LLP on behalf of STEPHAN CO., INDIVIDUALLY against BARBARA WESTOVER, DARL WESTOVER, JR. ***LINKED FILING*** | LCV20222901796 | 08/10/2022 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 08/10/2022 | | The motion filed on 08/10/2022 will be decided on 09/09/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISMISSAL [LCV20222901796] | LCV20222903070 | 08/10/2022 |
| 08/23/2022 | | Answer W/Jury Demand submitted by KUPFERBERG, BRIAN, A of HAWKINS PARNELL & YOUNG LLP on behalf of BRISTOL MYERS SQUIB, against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20223049110 | 08/23/2022 |
| 08/23/2022 | | Answer W/CrossClaim W/Jury Demand submitted by VALINIS, SUSAN, M of REILLY MCDEVITT & HENRICH, PC on behalf of CHARLES B.CHRYSTAL COMPANY,INC against BARBARA WESTOVER, DARL WESTOVER, JR., BRISTOL MYERS SQUIB,, BLOCK DRUG COMPANY, INC., BLOCK DRUG CORPORATION ET AL. | LCV20223049575 | 08/23/2022 |
| 08/23/2022 | | DESIGNATION OF TRIAL ATTORNEY submitted by VALINIS, SUSAN, M of REILLY MCDEVITT & HENRICH, PC on behalf of CHARLES B.CHRYSTAL COMPANY,INC against BARBARA WESTOVER, DARL WESTOVER, JR., BRISTOL MYERS SQUIB,, BLOCK DRUG COMPANY, INC., BLOCK DRUG CORPORATION ET AL. | LCV20223049650 | 08/23/2022 |
| 09/01/2022 | | The motion filed on 08/10/2022 was rescheduled to 10/07/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISMISSAL [LCV20222901796] | LCV20223154430 | 09/01/2022 |
| 09/28/2022 | | Answer W/Jury Demand submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG SPECIALTIES, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20223488040 | 09/28/2022 |
| 09/30/2022 | | The motion filed on 08/10/2022 was rescheduled to 11/04/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISMISSAL [LCV20222901796] | LCV20223501003 | 09/30/2022 |
| 09/30/2022 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by MC CANN, TIMOTHY, M of HAWKINS PARNELL & YOUNG LLP on behalf of BRISTOL MYERS SQUIB, against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20223503771 | 09/30/2022 |
| 10/26/2022 | | The motion filed on 08/10/2022 was rescheduled to 12/02/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISMISSAL [LCV20222901796] | LCV20223762327 | 10/26/2022 |
| 11/22/2022 | | OPPOSITION TO MOTION submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against STEPHAN CO., INDIVIDUALLY ***LINKED FILING*** | LCV20224039825 | 11/22/2022 |
| 11/28/2022 | | The motion filed on 08/10/2022 was rescheduled to 12/16/2022. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISMISSAL [LCV20222901796] | LCV20224062586 | 11/28/2022 |
| 12/12/2022 | | REPLY BRIEF submitted by HANLON, JOSEPH, TIMOTHY of WILSON ELSER MOSKOWITZ ET AL LLP on behalf of STEPHAN CO., INDIVIDUALLY against BARBARA WESTOVER, DARL WESTOVER, JR. ***LINKED FILING*** | LCV20224194721 | 12/12/2022 |
| 12/16/2022 | | The motion filed on 08/10/2022 was rescheduled to 01/06/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISMISSAL [LCV20222901796] | LCV20224226213 | 12/16/2022 |
| 12/19/2022 | | CORRESPONDENCE submitted by HANLON, JOSEPH, TIMOTHY of WILSON ELSER MOSKOWITZ ET AL LLP on behalf of STEPHAN CO., INDIVIDUALLY against BARBARA WESTOVER, DARL WESTOVER, JR. ***LINKED FILING*** | LCV20224276256 | 12/19/2022 |
| 12/19/2022 | | CORRESPONDENCE submitted by HANLON, JOSEPH, TIMOTHY of WILSON ELSER MOSKOWITZ ET AL LLP on behalf of STEPHAN CO., INDIVIDUALLY against BARBARA WESTOVER, DARL WESTOVER, JR. ***LINKED FILING*** | LCV20224276748 | 12/19/2022 |
| 01/06/2023 | | The motion filed on 08/10/2022 was rescheduled to 01/20/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION FOR DISMISSAL [LCV20222901796] | LCV202393762 | 01/06/2023 |
| 03/08/2023 | | SUBSTITUTE ATTORNEY submitted by HANNA, SAM of LANDMAN CORSI BALLAINE & FORD PC on behalf of WHITTAKER, CLARK &DANIELS,INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV2023838339 | 03/08/2023 |
| 03/15/2023 | | SUBSTITUTE ATTORNEY submitted by ROONEY, GAVIN, J of LOWENSTEIN SANDLER LLP on behalf of BRISTOL MYERS SQUIB, against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV2023929267 | 03/15/2023 |
| 04/24/2023 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., PFIZER, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20231346846 | 04/24/2023 |
| 04/28/2023 | | NOTICE OF BANKRUPTCY submitted by KOZAK, CHRISTOPHER, STEPHEN of LANDMAN CORSI BALLAINE & FORD PC on behalf of WHITTAKER, CLARK &DANIELS,INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20231395582 | 04/28/2023 |
| 05/02/2023 | | MOTION TO FILE OR AMEND COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against BRISTOL MYERS SQUIB, | LCV20231427908 | 05/02/2023 |
| 05/02/2023 | | The motion filed on 05/02/2023 will be decided on 05/26/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20231427908] | LCV20231428798 | 05/02/2023 |
| 05/02/2023 | | AMENDED ANSWER submitted by ROONEY, GAVIN, J of LOWENSTEIN SANDLER LLP on behalf of BRISTOL MYERS SQUIB, against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20231436223 | 05/02/2023 |
| 05/02/2023 | | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by BARROWCLOUGH, NAOMI, D of LOWENSTEIN SANDLER LLP on behalf of BRISTOL MYERS SQUIB, against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20231436229 | 05/02/2023 |
| 05/25/2023 | | The motion filed on 05/02/2023 was rescheduled to 06/09/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20231427908] | LCV20231641779 | 05/25/2023 |
| 06/09/2023 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge VISCOMI, ANA, C re: MOTION TO FILE OR AMEND COMPLAINT [LCV20231427908] | LCV20231787322 | 06/12/2023 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 06/12/2023 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against BRISTOL MYERS SQUIB, | LCV20231787916 | 06/12/2023 |
| 06/28/2023 | | SUBSTITUTE ATTORNEY submitted by COREA, CLAIRE, M of MCGIVNEY, KLUGER, CLARK & INTOCCIA, P.C. on behalf of STEPHAN CO., INDIVIDUALLY against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20231918066 | 06/28/2023 |
| 07/19/2023 | | MOTION TO FILE OR AMEND COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against J&J HOLDCO NA INC | LCV20232125035 | 07/19/2023 |
| 07/19/2023 | | The motion filed on 07/19/2023 will be decided on 08/04/2023. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20232125035] | LCV20232126280 | 07/19/2023 |
| 08/01/2023 | | Answer W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of JOHNSON & JOHNSON against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20232231039 | 08/01/2023 |
| 08/04/2023 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge VISCOMI, ANA, C re: MOTION TO FILE OR AMEND COMPLAINT [LCV20232125035] | LCV20232294001 | 08/09/2023 |
| 08/09/2023 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against J&J HOLDCO NA INC | LCV20232297161 | 08/09/2023 |
| 10/02/2023 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20233009332 | 10/02/2023 |
| 10/24/2023 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20233195474 | 10/24/2023 |
| 10/25/2023 | | Answer W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of JANSSEN PHARMACEUTICALS INC against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20233208037 | 10/25/2023 |
| 11/01/2023 | | Answer W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of J&J HOLDCO NA INC against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20233267191 | 11/01/2023 |
| 11/16/2023 | | CONSENT ORDER submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against J&J HOLDCO NA INC | LCV20233397549 | 11/16/2023 |
| 11/17/2023 | | CONSENT ORDER - Granted by Judge VISCOMI, ANA, C re: CONSENT ORDER [LCV20233397549] | LCV20233406594 | 11/17/2023 |
| 11/27/2023 | | Answer W/CrossClaim W/Jury Demand submitted by GARDE, JOHN, CHARLES of MC CARTER & ENGLISH LLP on behalf of KENVUE INC against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20233465966 | 11/27/2023 |
| 11/30/2023 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against J&J HOLDCO NA INC | LCV20233498021 | 11/30/2023 |
| 02/12/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., MINERALS TECHNOLOGIES, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV2024376710 | 02/12/2024 |
| 04/17/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV2024989971 | 04/17/2024 |
| 05/21/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20241284309 | 05/21/2024 |
| 05/22/2024 | | NOTICE OF BANKRUPTCY submitted by SCHULER, LAUREN, L of REILLY MCDEVITT & HENRICH, PC on behalf of CHARLES B.CHRYSTAL COMPANY,INC against BARBARA WESTOVER | LCV20241298104 | 05/22/2024 |
| 06/04/2024 | | ORDER FOR DISMISSAL-Denied by Judge VISCOMI, ANA, C re: MOTION FOR DISMISSAL [LCV20222901796] | LCV20241397726 | 06/04/2024 |
| 06/12/2024 | | STIPULATION OF DISMISSAL submitted by ROONEY, GAVIN, J of LOWENSTEIN SANDLER LLP on behalf of BRISTOL MYERS SQUIB, against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20241480104 | 06/12/2024 |
| 06/20/2024 | | GENERAL CORRESPONDENCE submitted by ROONEY, GAVIN, J of LOWENSTEIN SANDLER LLP on behalf of BRISTOL MYERS SQUIB, against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20241563826 | 06/20/2024 |
| 06/27/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20241616011 | 06/27/2024 |
| 07/18/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20241793212 | 07/18/2024 |
| 08/01/2024 | | Order For Dismissal - GRANTED by Judge VISCOMI, ANA, C | LCV20241908747 | 08/01/2024 |
| 08/23/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20242075365 | 08/23/2024 |
| 08/29/2024 | | GENERAL CORRESPONDENCE submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG SPECIALTIES, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20242122935 | 08/29/2024 |
| 09/26/2024 | | AMENDED ANSWER submitted by BROWN, ROBERT, D of GIBBONS PC on behalf of CHATTEM,INC.,SUED INDIVIDUALLY against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20242498822 | 09/26/2024 |
| 10/22/2024 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY | LCV20242757310 | 10/22/2024 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| | | MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR., J&J HOLDCO NA INC, KENVUE INC, LTL MANAGEMENT LLC ET AL. | | |
| 11/06/2024 | | MOTION TO FILE OR AMEND COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against HIMMEL MANAGEMENT CO. LLC | LCV20242904170 | 11/06/2024 |
| 11/07/2024 | | The motion filed on 11/06/2024 will be decided on 11/22/2024. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO FILE OR AMEND COMPLAINT [LCV20242904170] | LCV20242906201 | 11/07/2024 |
| 11/22/2024 | | ORDER TO FILE OR AMEND COMPLAINT-Granted by Judge VISCOMI, ANA, C re: MOTION TO FILE OR AMEND COMPLAINT [LCV20242904170] | LCV20243076987 | 11/26/2024 |
| 11/26/2024 | | AMENDED COMPLAINT submitted by BOYLE, ERIN, M of WEITZ & LUXENBERG PC on behalf of BARBARA WESTOVER, DARL WESTOVER, JR. against CHATTEM,INC.,SUED INDIVIDUALLY, HIMMEL MANAGEMENT CO. LLC | LCV20243078787 | 11/26/2024 |
| 12/24/2024 | | GENERAL CORRESPONDENCE submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG NORTH AMERICA,, BRENNTAG SPECIALTIES, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20243281959 | 12/24/2024 |
| 01/02/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20255350 | 01/02/2025 |
| 04/02/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV2025988720 | 04/02/2025 |
| 07/21/2025 | | NOTICE OF BANKRUPTCY submitted by ENGELMAN, SHANNON, M of MCELROY DEUTSCH MULVANEY & CARPENTER LLP on behalf of BARRETTS MINERALS, INC., SPECIALTY MINERALS, INC. against BARBARA WESTOVER, DARL WESTOVER, JR., J&J HOLDCO NA INC, KENVUE INC, LTL MANAGEMENT LLC ET AL. | LCV20252064502 | 07/21/2025 |
| 12/02/2025 | | NOTICE OF BANKRUPTCY submitted by MCNULTY, THOMAS, B of MCGIVNEY, KLUGER, CLARK & INTOCCIA, P.C. on behalf of STEPHAN CO., INDIVIDUALLY against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20253331693 | 12/02/2025 |
| 07/02/2026 | | SUBSTITUTE ATTORNEY submitted by JACOBS, ALEXANDRA, S of MONTGOMERY MC CRACKEN WALKER & RHOADS on behalf of BRENNTAG SPECIALTIES, INC. against BARBARA WESTOVER, DARL WESTOVER, JR. | LCV20261761592 | 07/02/2026 |

Showing 1 to 82 of 82 entries

 © Copyright NJ Judiciary 2016