**LIST OF ALL PARTIES AND THEIR COUNSEL**

1. Weitz & Luxenberg Attorneys for Plaintiff
   Mark Weinstein: MWEINSTEIN@WEITZLUX.COM;
   NJTALCTEAMSTAFF@WEITZLUX.COM
   Erin Boyle: EBOYLE@WEITZLUX.COM
   Joseph Mandia: JMANDIA@WEITZLUX.COM

2. McCarter & English, LLP, Attorney for J&J Holdco Na Inc.; Janssen Pharmaceuticals Inc.; Johnson & Johnson; Kenvue Inc.; Minerals Technologies, Inc.
   John Garde: JGARDE@MCCARTER.COM; BSHERMAN@MCCARTER.COM;
   BMURCH@MCCARTER.COM

3. Gold Bond Co LLC

4. Martin Himmell Inc.

5. Lowenstein Sandler, Attorney for Bristol Myers Squib
   Gavin Rooney: GROONEY@LOWENSTEIN.COM; ABANTA@LOWENSTEIN.COM;
   VTABOADA@LOWENSTEIN.COM
   Naomi Barrowclough: NBARROWCLOUGH@LOWENSTEIN.COM;
   BLLANES@LOWENSTEIN.COM; GDACOSTA@LOWENSTEIN.COM

6. Harris Beach Murtha Attorneys at Law, Attorneys for Block Drug Company, Inc.; Block Drug Company; Glaxosmithklin, LLC
   Syed Rizvi: SRIZVI@HARRISBEACHMURTHA.COM;
   SXIE@HARRISBEACHMURTHA.COM; EFILINGS@HARRISBEACHMURTHA.COM

7. Reilly McDevitt Henrich, Attorneys for Charles B. Chrystal Company, Inc.
   Susan Valanis: SVALINIS@RMH-LAW.COM; CCLARK@RMH-LAW.COM
   Brandy Harris: BHARRIS@RMH-LAW.COM ; EOMALLEY@RHM-LAW.COM;
   PVENUTI@RMH-LAW.COM

8. FBT Gibbons, Attorney for Chattem Inc.
   Robert Brown, Jr.: RBROWN@FBTGIBBONS.COM; IREIBARKH@FBTGIBBONS.COM;
   RBROWN@GIBBONSLAW.COM

9. Himmel Management Co. LLC

10. McGivney Kluger Clark & Intoccia, Attorneys for Stephen Co.
    Claire Corea
    Thomas McNulty: TMCNULTY@MCGIVNEYANDKLUGER.COM; MKNJASBESTOS@MCGIVNEYANDKLUGER.COM; GSARRAO@MCGIVNEYANDKLUGER.COM

11. J&J Consumer Inc.

12. Gordon Rees Scully Mansukhani, LLP, Attorney for American International Industries
    Roy Viola: RVIOLA@GRSM.COM

13. McElroy, Deutsch, Mulvaney & Carpenter, LLP, Attorneys for Barretts Minerals; Pfizer Inc.; Specialty Minerals, Inc.
    Joseph LaSala: JLASALA@MDMC-LAW.COM; ECANNING@MDMC-LAW.COM
    Shannon Engelman: SENGELMAN@MDMC-LAW.COM; OALFANO@MDMC-LAW.COM; NMAYER@MDMC-LAW.COM

14. Montgomery McCracken Attorneys at Law, Attorney for Brenntag Specialties, Inc.
    Lathrop Nelson: LNELSON@MMWR.COM; SBURKE@MMWR.COM
    Dylan Henry: DHENRY@MMWR.COM; SUZANNE-BURKE-MMWR-6338@ECF.PACERPRO.COM

15. Brenntag North America

16. Minerals Technologies, Inc,

17. Whittaker, Clark &Daniels, Inc.
    Sam Hanna