**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Trenton Division**

| | |
|---|---|
| **BARBARA WESTOVER and DARL WESTOVER, JR., H/W,**<br><br>Plaintiffs<br><br>v.<br><br>**AMERICAN INTERNATIONAL INDUSTRIES,** individually and as successor to Pinaud, Inc., Barbara Alice, Inc., Ed Pinaud, Inc. d/b/a Ed Pinaud, The Nestle-Le Mur Company, The Neslemur Company, The Neslemur-Company, for the Clubman line of products;<br><br>**BARRETTS MINERALS, INC.;**<br><br>**BRENNTAG NORTH AMERICA,** as a successor-in-interest to Mineral Pigment Solutions, Inc., as a successor-in interest to Whittaker, Clark & Daniels, Inc.;<br><br>**BRENNTAG SPECIALTIES, INC.,** f/k/a Mineral Pigment Solutions, Inc., as a successor-in-interest to Whittaker, Clark & Daniels, Inc.;<br><br>**MINERALS TECHNOLOGIES INC.;**<br><br>**PFIZER, INC.;**<br><br>**SPECIALTY MINERALS, INC.;**<br><br>**WHITTAKER CLARK & DANIELS, INC.;** | **Civil Action No. _____________**<br><br>[Originally filed in the Superior Court of New Jersey Law Division Middlesex County<br>Docket No. MID-L-003011-22 AS]<br><br><u>Related Cases</u>:<br>Chapter 11<br>In re BMI Oldco, Inc., et al.<br>Bankruptcy Case No. 23-90794 (MI)<br><br>Civil Action No. 4:25-cv-02193 (CGH)<br>USDC-Southern District of Texas<br><br><u>Pending Motion:</u><br>Motion to Transfer and Fix Venue in the USDC-Southern District of Texas |

**BRISTOL MYERS SQUIB,** Individually and as Successor in Interest to Charles of the Ritz and Jean Nate;
**BLOCK DRUG COMPANY, INC.;**

**BLOCK DRUG CORPORATION;**

**CHARLES B. CHRYSTAL COMPANY, INC.;**

**CHATTEM, INC.,** sued individually and as successor-in-interest to MARTIN HIMMEL, INC., successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to BLOCK DRUG COMPANY, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY, successor-in-interest to GOLD BOND PHARMACEUTICAL CORPORATION;

**GLAXOSMITHKLINE, LLC,** individually and as successor-in-interest to BLOCK DRUG COMPANY;

**HIMMEL MANAGEMENT CO. LLC,** a/k/a HIMMEL GROUP formerly d/b/a MARTIN HIMMEL, INC., individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to BLOCK DRUG COMPANY, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY, successor-in-interest to GOLD BOND PHARMACEUTICAL CORPORATION;

**STEPHAN CO.,** individually and as successor-in-interest to OLD 97 COMPANY;

**JANSSEN PHARMACEUTICALS, INC.,** individually and as successor in interest to Johnson & Johnson Consumer, Inc.;

**JOHNSON & JOHNSON;**

**JOHNSON & JOHNSON CONSUMER, INC.;**

**JOHNSON & JOHNSON HOLDCO (NA) INC.;**

**KENVUE INC.,** individually and as successor in interest to Johnson & Johnson Consumer, Inc.;

**LTL MANAGEMENT, LLC;**

**GOLD BOND CO. LLC**, individually and as successor-in-interest to Chattem, Inc., individually and as successor-in-interest to MARTIN HIMMEL INC., successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to BLOCK DRUG COMPANY, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY, successor-in-interest to GOLD BOND PHARMACEUTICAL CORPORATION

**MARTIN HIMMEL INC**., individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-

interest to BLOCK DRUG COMPANY, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY, successor-in-interest to GOLD BOND PHARMACEUTICAL CORPORATION;

**and JOHN DOE CORPORATIONS, 1-50**

Defendants.

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant American International Industries ("A-I-I") provides the following disclosure:

American International Industries is a California general partnership. Its partners are Glamour Industries, Co., ARYZ Corp., ERX Corp., RAZY Properties, Inc., and SRYZ Corp. American International Industries is not a corporation; it has no parent corporation, subsidiary, and/or affiliate entity that has issued shares or debt securities to the public; and there is no publicly held company that owns 10 percent or more of its stock.

/ / /

Dated: September 3, 2026

Respectfully submitted,

By: *<u>/s/ Roy F. Viola, Jr.</u>*
Roy F. Viola, Jr.

**GORDON REES SCULLY MANSUKHANI**
Attorneys for Defendant
American International Industries
290 West Mount Pleasant Avenue, Suite 3310
Livingston, NJ 07039
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
Email: rviola@grsm.com

# CERTIFICATE OF SERVICE

On this 3rd day of September 2026, the undersigned counsel for Defendants hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record registered to receive a Notice of Electronic Filing.

*/s/ Roy F. Viola, Jr.* ____________
Roy F. Viola, Jr.